**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ABDULKHALIM KHAKIMOV, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:26-cv-01326 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Pending before the Court is Petitioner Abdulkhalim Khakimov's Petition for Writ of

Habeas Corpus (Doc. 1) (the "Petition" or "Pet."). Petitioner currently is an immigration

detainee in the custody of the United States Department of Homeland Security, Immigration and

Customs Enforcement, at the Moshannon Valley Processing Center in Phillipsburg,

Pennsylvania. Petitioner alleges an entry date into the United States in or around July 2023, and

that Petitioner has continuously resided in the United States until his detention nearly three years

after entry. There is no indication that Petitioner has any criminal history.

Count I of the Petition asserts that Petitioner is subject to discretionary detention pursuant

to 8 U.S.C. § 1226(a) and not mandatory detention under § 1225(b)(2). Respondents oppose

relief by relying upon decisions by the Courts of Appeals for the Fifth and Eighth Circuits to

argue that mandatory detention is authorized under § 1225(b)(2)(A). The Court has considered

and rejected Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of

Appeals for the Second, Sixth and Eleventh Circuits in holding that this mandatory detention

provision only applies to noncitizens apprehended upon entry into the country or shortly

thereafter. See, e.g., Tejeda Perez v. Oddo, No. 3:26-cv-00745, Order (Doc. 8), at 5, May 28,

2026; see also Cunha v. Freden, 175 F. 4th 61, 69, 74-75 (2d Cir. 2026); Lopez-Campos v.

2

Raycraft, Nos. 25-1965/1969/1978/1902, 2026 WL 1283891, at \*2, \*4 (6th Cir. May 11, 2026) (slip copy); Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami, No. 25-14065, 2026 WL 1243395, at \*13 (11th Cir. May 6, 2026) (slip copy).

      **AND NOW**, **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner with such a hearing, or release Petitioner, on or before August 21, 2026.  The petition is **DENIED** to the extent it requests any additional relief without prejudice to renewal.

July 23, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
    All Counsel of Record

2